IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE:                           )
                                 )      CIVIL ACTION NO.
COLONIAL BANCGROUP, INC.,        )        2:10cv409-MHT
                                 )
    Debtor.                      )

## ORDER

By agreement of the parties and based on the representations made on the record on July 7, 2010, it is ORDERED that all discovery matters in this case are referred to Bankruptcy Judge Dwight H. Williams, Jr., for consideration and resolution in the same way that a magistrate judge would consider and resolve such matters.

DONE, this the 12th day of July, 2010.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE