IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                         )
                               )      CIVIL ACTION NO.
COLONIAL BANCGROUP, INC.,      )        2:10cv409-MHT
                               )
    Debtor.                    )
```

### ORDER

Based upon the representations made on the record on July 7, 2010, it is ORDERED that the motion to stay (doc. no. 15) is denied.

DONE, this the 12th day of July, 2010.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE