UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

---------------------------------------------------------x
:
THE COLONIAL BANCGROUP, INC., :
:
    Plaintiff, :
:
    v. : Case No. 2:10-cv-00409-MHT-WC
:
FEDERAL DEPOSIT INSURANCE :
CORPORATION, AS RECEIVER FOR :
COLONIAL BANK, :
:
    Defendant. :
:
---------------------------------------------------------x

## STIPULATION AND PROPOSED ORDER

WHEREAS, on March 4, 2010, The Colonial BancGroup, Inc. (the "Debtor") initiated this contested matter in the United States Bankruptcy Court for the Middle District of Alabama, Northern District;

WHEREAS, by Order dated May 10, 2010, this Court (the "Court") granted the motion of the Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), to withdraw the reference;

WHEREAS, counsel for the Official Committee of Unsecured Creditors of The Colonial BancGroup, Inc. (the "Committee") previously informed the Court that it intended to consider the issue of whether it is entitled to intervene in this action, and counsel for the Committee has since considered that issue;

WHEREAS, counsel for the Committee and counsel for defendant Federal Deposit Insurance Corporation, as Receiver for Colonial Bank(the "FDIC-Receiver"), disagree as

to whether the Committee is entitled to intervene, but wish to avoid the expense and burden of litigation with respect to that issue; and

WHEREAS, subject to the approval of the Court, the Committee, the FDIC-Receiver and the Debtor have reached a compromise pursuant to which the Committee has agreed not to seek to intervene at the present time but would be permitted to monitor proceedings in this action.

NOW THEREFORE, subject to the approval of the Court, the parties hereby STIPULATE AND AGREE:

1. The Committee is permitted to attend all hearings, conferences and other proceedings in this matter, whether held in person or by telephone.

2. Unless the Committee moves to intervene and such motion is granted by the Court, the Committee shall not be heard on any issue without requesting and obtaining permission of the Court. Nothing herein shall prevent any party from opposing such a request on the grounds that the Committee is not a party, or on any other grounds.

3. The Committee reserves the right to seek to intervene in the future and the other parties reserve all of their objections to any such motion, provided that the other parties shall not be permitted to assert that any such motion is untimely as the result of the passage of time.

Dated: September 7, 2010

BURR FORMAN LLP

By: /s/ Robert B. Rubin
    Robert B. Rubin
    Marc Solomon

420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-244-5733

- and -

Alan R. Glickman
Brian D. Pfeiffer
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000 (tel)
(212) 593-5955 (fax)

*Attorneys for the Official Committee of Unsecured Creditors*

PARKER HUDSON RAINER & DOBBS LLP

By:_____
    C. Edward Dobbs
    Rufus T. Dorsey, IV

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404) 523-5300 (tel)
(404) 522-8409 (fax)

*Attorneys for The Colonial BancGroup, Inc.*

Dated: September __, 2010

           BURR FORMAN LLP

           By:_____
               Robert B. Rubin
               Marc Solomon

           420 North 20th Street, Suite 3400
           Birmingham, Alabama 35203
           Telephone: 205-251-3000
           Facsimile: 205-244-5733

           - and -

           Alan R. Glickman
           Brian D. Pfeiffer
           SCHULTE ROTH & ZABEL LLP
           919 Third Avenue
           New York, NY 10022
           (212) 756-2000 (tel)
           (212) 593-5955 (fax)

           *Attorneys for the Official Committee of Unsecured Creditors*

           PARKER HUDSON RAINER & DOBBS LLP

           By:_____
               C. Edward Dobbs
               Rufus T. Dorsey, IV

           1500 Marquis Two Tower
           285 Peachtree Center Avenue, N.E.
           Atlanta, Georgia 30303
           (404) 523-5300 (tel)
           (404) 522-8409 (fax)

           *Attorneys for The Colonial BancGroup, Inc.*

FRITZ & HUGHES LLC

By: *[signature]*
Michael A. Fritz, Sr.

7020 Fain Park Drive Suite 1
Montgomery, Alabama 36117
(334) 215-4422

- and -

Thomas R. Califano
John J. Clarke, Jr.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500 (tel)
(212) 335-4501 (fax)

*Attorneys for the
Federal Deposit Insurance Corporation
as Receiver for Colonial Bank*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was electronically served on September 21, 2010, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing, as listed below:

    Thomas R. Califano (thomas.califano@dlapiper.com)

    John J. Clarke, Jr., Esq. (john.clarke@dlapiper.com)

    C. Edward Dobbs, Esq. (ced@phrd.com)

    Michael A. Fritz, Sr., Esq. (bankruptcy@fritzandhughes.com)

    Jeremy R. Johnson (jeremy.johnson@dlapiper.com)

    Spencer D. Stiefel (spencer.stiefel@dlapiper.com)

    J. Dorman Walker, Jr. (dwalker@balch.com)

    W. Clark Watson (cwatson@balch.com)

Dated: September 21, 2010

   /s/ Rufus T. Dorsey, IV

Attorney for The Colonial BancGroup, Inc., as
debtor and debtor-in-possession