IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CIVIL ACTION NO. |
| COLONIAL BANCGROUP, INC., | ) | 2:10cv409-MHT |
| | ) | |
| Debtor. | ) | |

### ORDER

It is ORDERED that the stipulation (doc. no. 37) and its contents are approved and adopted as the order of the court.

DONE, this the 22nd day of September, 2010.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE