UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

```
------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11
                                                            :
THE COLONIAL BANCGROUP, INC.,                               :     Case No.  2:10-cv-00409-MHT-WC
                                                            :     (Bankr. Case No. 09-32303 (DHW))
      Debtor.                                               :
                                                            :
------------------------------------------------------------x
```

**JOINT MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES**

The Colonial BancGroup, Inc. ("BancGroup") and the Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), respectfully move the Court (the "Motion") to extend the deadline for both BancGroup and the FDIC-Receiver to amend their respective pleadings in the above-captioned contested matter or to add parties thereto from **October 15** to **November 15, 2010**. In support of this Motion, BancGroup and the FDIC-Receiver state as follows:

**Background**

1.  On August 14, 2009, Colonial Bank was closed by the Alabama State Banking Department, and the FDIC-Receiver was appointed as its receiver. Upon its appointment as receiver, pursuant to 12 U.S.C. § 1821(d)(2)(A)(i), the FDIC-Receiver succeeded, *inter alia*, to all rights, titles, powers, and privileges of the bank.

2.  On August 25, 2009 (the "Petition Date"), BancGroup filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Alabama, Northern Division (the "Bankruptcy Court"). BancGroup is a corporation formed under the laws of the State of Delaware and, prior to the Petition Date, was headquartered and conducted business at 100 Colonial Bank Boulevard, Montgomery, Alabama 36117. BancGroup was the holding company for Colonial Bank prior to the order closing Colonial Bank.

3. On March 4, 2010, BancGroup filed an Objection in the Bankruptcy Court to the FDIC-Receiver's proof of claim therein.

4. On March 31, 2010, the FDIC-Receiver filed a motion for withdrawal of the reference of this contested matter and three other matters that BancGroup had filed against the FDIC-Receiver in the Bankruptcy Court. With the consent of the parties, the Court granted the FDIC-Receiver's withdrawal motion as to this contested matter and two of the other matters that BancGroup had filed against the FDIC-Receiver [Doc. No. 1].

5. On May 28, 2010, BancGroup amended and restated its Objection to the FDIC-Receiver's proof of claim in this Court [Doc. No. 12]. On June 25, 2010, the FDIC-Receiver filed its response to the Debtor's amended and restated Objection [Doc. No. 15].

6. The parties later submitted a joint scheduling report and proposed discovery plan. Thereafter, the Court entered a Uniform Scheduling Order, which provides, in relevant part, that "Motions to amend the pleadings and to add parties shall be filed by the claimant on or before October 15, 2010, and by the debtor on or before October 15, 2010." [Doc. No. 36 at 2, § 4].

**Relief Requested**

7. By this Motion, BancGroup and the FDIC-Receiver request the Court to extend the deadline to amend the pleadings in this action and to add parties thereto from October 15 to November 15, 2010.

8. The parties request this relief because a significant portion of the records, including electronically stored information, relevant to this dispute are or may be in the possession of Branch Banking & Trust Company ("BB&T"). For some time, the parties have been in discussions with counsel for BB&T to obtain access to relevant information, but additional time is necessary to attempt to reach agreement on the scope and terms of any production by BB&T of such information. The parties are hopeful that a one-month extension of the deadline to amend pleadings will allow them sufficient time to complete these discussions and obtain such information.

- 3 -

**Conclusion**

9. BancGroup and the FDIC-Receiver respectfully request that the Court grant the relief requested herein and such other and further relief as may be just and proper.

10. Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Rufus T. Dorsey, IV certifies that he has the express permission and agreement of counsel for the FDIC-Receiver to affix his respective electronic signature hereon and further certifies that the parties are in agreement on the relief requested herein.

Dated: Montgomery, Alabama
October 12, 2010

Respectfully submitted,

 /s/ Rufus T. Dorsey, IV
Rufus T. Dorsey, IV
C. Edward Dobbs
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
T: (404) 523-5300
F: (404) 522-8409

Attorneys for The Colonial BancGroup, Inc.

 /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, Alabama 36117
T: (334) 215-4422

- and -

John J. Clarke, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
T: (212) 335-4500
F: (212) 335-4501

Attorneys for the
  Federal Deposit Insurance Corporation
  as Receiver for Colonial Bank

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on October 12, 2010, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing as set forth below:

John J. Clarke, Jr. (john.clarke@dlapiper.com)

C. Edward Dobbs (ced@phrd.com)

Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

Jeremy R. Johnson (jeremy.johnson@dlapiper.com)

Thomas R. Califano (thomas.califano@dlapiper.com)

Spencer D. Stiefel (spencer.stiefel@dlapiper.com)

J. Dorman Walker, Jr. (dwalker@balch.com)

W. Clark Watson (cwatson@balch.com)

Dated:  October 12, 2010                    */s/ Rufus T. Dorsey, IV*
                                            One of the Attorneys for The Colonial BancGroup, Inc.


                                            C. Edward Dobbs, Esq.
                                            Rufus T. Dorsey, IV, Esq.
                                            PARKER, HUDSON, RAINER & DOBBS LLP
                                            1500 Marquis Two Tower
                                            285 Peachtree Center Avenue NE
                                            Atlanta, Georgia 30303
                                            (404) 523-5300
                                            (404) 522-8409
                                            edobbs@phrd.com
                                            rdorsey@phrd.com