IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CIVIL ACTION NO. |
| COLONIAL BANCGROUP, INC., ) | 2:10CV409-MHT |
| ) | |
|   Debtor. ) | |
| ) | |

ORDER GRANTING MOTION TO EXTEND DEADLINE

Upon consideration of the joint motion of the parties to extend the deadline under the August 9, 2010 scheduling order for amending the pleadings and adding parties, it is

ORDERED that the motion is GRANTED.  This order is entered by the bankruptcy judge pursuant to the July 12, 2010 district court order referring discovery matters to the bankruptcy court.

Done, this 13th day of October, 2010.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge