UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

------------------------------------------------------------x
                                            :
In re                                       :      Chapter 11
                                            :
THE COLONIAL BANCGROUP, INC.,               :      Case No. 2:10-cv-00409-MHT-WC
                                            :      (Bankr. Case No. 09-32303 (DHW))
    Debtor.                                 :
                                            :
------------------------------------------------------------x

## MOTION TO WITHDRAW

Balch & Bingham LLP, Dorman Walker, and W. Clark Watson move the Court for leave to withdraw as counsel for The Colonial BancGroup, Inc., and as grounds for this motion state that The Colonial BancGroup, Inc. now is represented by the law firm of Cohen Pollock Merlin & Small, P.C. and Brent W. Herrin, who is a member of the Middle District of Alabama, and the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of which have been admitted in this case pro hac vice (*see* docs. nos. 69, 70, 72, 75 and 78).

Respectfully submitted on June 22, 2011.

                                        *s/Dorman Walker*
                                        One of the attorneys for Plaintiff

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
334/269-3138
dwalker@balch.com

W. Clark Watson
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642
205/251-8100
cwatson@balch.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on June 22, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing, addressed as follows:

Benjamin Finestone (benjaminfinestone@quinnemanuel.com)

Brent W. Herrin (bherrin@cpmas.com)

Charles B. Lee (clee@phrd.com)

David Elsberg (davidelsberg@quinnemanuel.com)

Jeremy R. Johnson (jeremy.johnson@dlapiper.com)

John J. Clarke, Jr. (john.clarke@dlapiper.com)

Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

Michael D. Hynes (michael.hynes@dlapiper.com)

Spencer D. Stiefel (spencer.stiefel@dlapiper.com)

Thomas R. Califano (thomas.califano@dlapiper.com)

*s/ Dorman Walker*
Of Counsel

216482.1

2