IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CIVIL ACTION NO. |
| COLONIAL BANCGROUP, INC., | ) | 2:10cv409-MHT |
| | ) | |
| Debtor. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for extension (Doc. No. 78) is granted.

(2) The motions for summary judgment (doc. nos. 70 and 72) are reset for submission, without oral argument, on October 6, 2011, with any opposition briefs and evidentiary materials due by September 22, 2011, and any replies to the opposition due by October 6, 2011.

DONE, this the 23rd day of August, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE