UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

---------------------------------------------------------x
:
In re                                              :        Chapter 11
:
THE COLONIAL BANCGROUP, INC.,      :        Case No.  2:10-cv-00409
:        (Bankr. Case No. 09-32303 (DHW))
Debtor.                                  :
:
---------------------------------------------------------x
---------------------------------------------------------x
:
:
THE COLONIAL BANCGROUP, INC.,      :
:
Plaintiff,                              :
:
v.                                                 :        Case No.  2:10-cv-00198
:
FEDERAL DEPOSIT INSURANCE         :
CORPORATION, AS RECEIVER FOR   :
COLONIAL BANK,                              :
:
Defendant.                             :
:
---------------------------------------------------------x

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Pursuant to the Uniform Scheduling Order entered in the above-captioned proceedings (as amended, the "Scheduling Order"), plaintiff, The Colonial BancGroup, Inc. ("BancGroup"), hereby submits this Notice Concerning Settlement Conference and Mediation.  On August 30, 2011, pursuant to the Scheduling Order, BancGroup and the Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank (the "FDIC-Receiver"), and the parties' respective counsel, conducted a face-to-face settlement conference in Washington D.C. Non-party Branch Banking and Trust Company ("BB&T") and its counsel was also in attendance.  Although progress was made, the parties were unable to resolve their disputes.

BancGroup believes that mediation would assist the parties in resolving these proceedings short of trial and is amenable to engaging in mediation. The FDIC-Receiver does not believe that mediation would be productive and is not amenable to engaging in mediation.

Dated:  September 2, 2011

    /s/   Andrew Campbell
One of the Attorneys for Plaintiff,
The Colonial BancGroup, Inc.

Andrew Campbell, Esq. (Bar. No. ASB-1555-L40a)
Leitman, Siegal, Payne & Campbell
420 20th Street North
Suite 2000
Birmingham AL 35203


Peter E. Calamari, Esq.
David L. Elsberg, Esq.
Benjamin I. Finestone, Esq.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**CERTIFICATION**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on September 2, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing as set forth below:

>Charles B. Lee (clee@millermartin.com)
>
>Jeremy R. Johnson (jeremy.johnson@dlapiper.com)
>
>John J. Clarke, Jr. (john.clarke@dlapiper.com)
>
>Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)
>
>Michael D. Hynes (michael.hynes@dlapiper.com)
>
>Spencer D. Stiefel (spencer.stiefel@dlapiper.com)
>
>Thomas R. Califano (thomas.califano@dlapiper.com)

>/s/ Andrew Campbell
>One of the Attorneys for Plaintiff,
>The Colonial BancGroup, Inc.